IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 MAR 20  PM 1:37

STEPHAN HARRIS, CLERK
CASPER

WAYNE H. NORMAN,

    Plaintiff,

vs.

WYO TECH,

    Defendant.

Case No. 2:16-CV-0250-SWS

## ORDER DISMISSING ACTION

Plaintiff, proceeding *pro se*, filed this action on October 5, 2016, alleging violations of the federal Telephone Consumer Protection Act (47 U.S.C. § 227 *et seq.*). Accompanying his Complaint was a motion to proceed *in forma pauperis*, which the Court denied. On February 6, 2017, the Court entered an *Order to Show Cause* (ECF No. 4), allowing Plaintiff until February 27, 2017 to either serve Defendant with the Complaint or show cause why this action should not be dismissed for failure to serve Defendant within the time required by the Federal Rules of Civil Procedure. Plaintiff has failed to do either. THEREFORE, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to serve Defendant within the time required by Fed. R. Civ. P. 4(m).

Dated this 20th day of March, 2017.

Scott W. Skavdahl
United States District Judge